# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-3620
LT Case No. 2019-CA-018938

_____

BLAINE R. SHELKEY and KAREN
L. SHELKEY,

     Appellants,

     v.

THE BANK OF NEW YORK
MELLON F/K/A THE BANK OF NEW
YORK, AS TRUSTEE FOR THE
HOLDERS OF CWALT, INC.,
ALTERNATIVE LOAN TRUST 2004-
J13, MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2004-J13,
ET AL.,

     Appellees.

_____

On appeal from the Circuit Court for Brevard County.
George T. Paulk, Judge.

Beau Bowin, of Bowin Law Group, Indialantic, for Appellants.

Bradford Petrino, of Lender Legal PLLC, Orlando, for Appellees.

December 16, 2025

PER CURIAM.

AFFIRMED.

JAY, C.J., and WALLIS and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____